IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIE J. GRIFFIN, JR.,
    Petitioner,

vs.                                CASE NO.: 3:10cv342/RV/MD

BUTTERWORTH,
    Respondent.
_____

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 20, 2010. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The petition (doc. 1), construed as a § 2254 petition, is DISMISSED.

3.    The petition (doc. 1), construed as a Rule 60(b) motion for relief from judgment, is DENIED and this case is DISMISSED.

4.    The clerk is directed to close the file.

5.    A certificate of appealability is DENIED.

DONE AND ORDERED this 5th day of October, 2010.

                                                   /s/ *Roger Vinson*
                                                   **ROGER VINSON**
                                                   **SENIOR UNITED STATES DISTRICT JUDGE**